UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| PATRICIA S. HELLER,<br><br>        Plaintiff,<br><br>    v.<br><br>PHILLIPS COHEN ASSOCIATES, LTD,<br><br>        Defendant. | No. CV-06-02-FVS<br><br>ORDER OF DISMISSAL |

**BEFORE THE COURT** is the parties Notice of Voluntary Dismissal. Ct. Rec. 15. Dismissal is appropriate in this action because the Court has been advised that the parties have settled their dispute. Accordingly,

**IT IS HEREBY ORDERED** that this action is **DISMISSED WITH PREJUDICE**. Each party will bear their own expenses and costs.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to enter this Order, furnish copies to counsel, and **CLOSE THE FILE**.

**DATED** this 25th day of July, 2006.

                              s/Fred Van Sickle
                              Fred Van Sickle
                       United States District Judge

ORDER OF DISMISSAL - 1